```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | |
|---|---|
| D.A.M.,                       * | |
|     Petitioner,               * | |
| vs.                           * | |
|                                 | CASE NO. 4:25-CV-34 (CDL) |
| DEPARTMENT OF HOMELAND        * | |
| SECURITY,                       | |
|                               * | |
|     Respondent.                 | |
|                               * | |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on May 8, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 8th day of July, 2025.

                                               s/Clay D. Land
                                               CLAY D. LAND
                                               U.S. DISTRICT COURT JUDGE
                                               MIDDLE DISTRICT OF GEORGIA